■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALMONTE SANTIAGO, Also Known as SANTIAGO PEREZ, Appellant. [608 NYS2d 87] —Appeal by the defendant, as limited by his motion, from two sentences of the Supreme Court, Queens County (Finnegan, J.), both imposed June 1, 1992.

Ordered that the sentences are affirmed *(see, People v Kazepis,* 101 AD2d 816). Mangano, P. J., Balletta, Lawrence, Santucci and Joy, JJ., concur.